IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   Case Nos. 18-CR-40067-SMY-2 |
| | ) |
| SIERRA R. CORINDIA, | ) |
| | ) |
|       Defendant. | ) |

**ORDER**

After pleading guilty to conspiracy to distribute 50 grams or more of methamphetamine, Defendant Sierra Corindia was sentenced on May 13, 2019, to 60 months' imprisonment, followed by 4 years of supervised release (Doc. 81). Defendant began serving a four-year term of supervised release on June 22, 2022, and has now filed a Motion for Early Termination of Supervised Release (Doc. 91). The Government opposes the motion (Doc. 94).

Title 18, Section 3583(3)(1) which provides in relevant part:

> (e) Modification of conditions or revocation. –The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) –
>
> (1) terminate a term of supervised release and discharge the defendant release at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. §3583(e)(1).

While Defendant has been on supervised release for over one year, her conduct since beginning her term of supervised release does not warrant early termination. Specifically, the Court has been made aware of an order of protection granted against Defendant in August 2023

that does not expire until August 2025.  Further, Defendant has not submitted verification of employment to Probation as required.

For the foregoing reasons, Defendant Sierra R. Corindia's Motion for Early Termination of Supervised Release is **DENIED**.

IT IS SO ORDERED.

DATED: February 13, 2024

**STACI M. YANDLE**
**United States District Judge**