IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18–cr-40067-SMY-2 |
| | ) |
| SIERRA R. CORINDIA, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

This matter comes before the Court on Defendant Sierra R. Corindia's renewed Motion for Early Termination of Supervised Release (Doc. 99). The United States Probation Office concurs with the Motion and the Government takes no position on the Motion (Doc. 101).

The Court, having been fully advised in the premises, hereby **GRANTS** the Motion. Accordingly, Defendant Sierra R. Corindia's term of supervised release shall be **TERMINATED** effective November 6, 2025.

**IT IS SO ORDERED.**

**DATED:** November 6, 2025.

*Staci M. Yandle*

**STACI M. YANDLE**
**United States District Judge**